1018

[No. 58003-5-I. Division One. June 18, 2007.]

JEFFREY POOLE ET AL., *Petitioners*, v. DARREN WATTS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-06115-2, Ronald L. Castleberry, J., entered March 20, 2006. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Cox, JJ.

[No. 58010-8-I. Division One. June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDSEY EUGENE VERNON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10459-3, Richard D. Eadie, J., entered April 3, 2006. *Affirmed* by unpublished per curiam opinion.

[Nos. 58030-2-I; 58031-1-I. Division One. June 18, 2007.]

MICHAEL MILLER ET AL., *Appellants*, v. ONE LINCOLN TOWER, LLC, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, Nos. 04-2-34678-9 and 04-2-34679-7, Jeffrey M. Ramsdell, J., entered May 10, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Agid, J., concurred in by Baker and Cox, JJ.

[No. 58057-4-I. Division One. June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KERRI D. McSHANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13698-3, Linda Lau, J., entered March 20, 2006. *Affirmed* by unpublished per curiam opinion.